# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **JACKSON, CLARENCE, JR**
    (Last)    (First)    (Initial)

Prisoner Number **P-16967**

Institutional Address **SAN QUENTIN STATE PRISON, SAN QUENTIN, CALIF 94974**

---

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

(Enter the full name of plaintiff in this action.)

CV 08 2867

vs.

**DEPARTMENT OF CORRECTIONS, PAROLE & COMMUNITY SERVICE DIV, S. WOODEN / PAROLE AGENT, M. PEREZ / PAROLE AGENT**

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement **SAN QUENTIN STATE PRISON**

B. Is there a grievance procedure in this institution?

    YES (X)    NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

    YES (X)    NO ( )

D. If your answer is YES, list the appeal number and the date and result of the

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___WON'T REPLY !___

2. First formal level ___WON'T ANWSER !___

3. Second formal level ___"    "___

4. Third formal level ___"    "___

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. ___N/A___

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

___CLARENCE JACKSON - P-16967___
___SAN QUENTIN STATE PRISON___
___SAN QUENTIN, CA 94974___

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT — - 2 -

1  place of employment.
2  S. WOODEN / PAROLE AGENT SUPERVISOR,
3  M. PEREZ / PAROLE AGENT, ■ ALL WORK FOR
4  DEPARTMENT OF CORRECTIONS - PAROLE AND COMMUNITY
5  SERVICE DIVISON, 7717 EDGEWATER DRIVE SUITE 200
6  OAKLAND, CA 94621                                III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12     ( SEE ATTACHED SHEETS )...
13
14
15
16
17
18
19
20
21
22
23                              "NOTHING ATTACHED"
24
25 IV.   Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                         - 3 -

1  PUNITIVE DAMAGES, IN THE AMOUNT OF: $500,000, FOR
2  PAIN, & SUFFERING, MENTAL STRESS, WRONG DOING, FILING
3  FALSE INFORMATION, UNDUE STRESS, PANIC DISORDER, THAT
4  AGENTS: S. WOODEN, AND M. PEREZ, HAS CAUSE TO ME
5  WHEN THEY OVER STEPPED THEIR JOB DUTIES, TO GET
6  ME VIOLATED.

7  I declare under penalty of perjury that the foregoing is true and correct.

8
9  Signed this ___JUNE___ day of ___1___, 2008
10
11  _____
12  (Plaintiff's signature)

COMPLAINT                     - 4 -

