UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE JACKSON,

    Plaintiff,

vs.

Department of Corrections,
M. Perez, S. Wooden,
Parole Agents

    Defendant.

CASE NO. CV 08 2867 JSW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

E-filing

I, CLARENCE JACKSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __00__     Net: __0__

Employer: __NONE__

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____**CARWARSH: 19 YEARS AGO**_____
5  _____**MINIUM WAGES**_____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                Yes ___ No **X**
10           self employment
11      b.   Income from stocks, bonds,             Yes ___ No **X**
12           or royalties?
13      c.   Rent payments?                         Yes ___ No **X**
14      d.   Pensions, annuities, or                Yes ___ No **X**
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes **X** No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____**SOCIAL SECURITY (S.S.I)**_____
22  _____**$904.00 MONTHLY**_____
23  3.   Are you married?                           Yes ___ No **X**
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ **Ø**

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____NONE_____
6  _____
7  5.  Do you own or are you buying a home?     Yes ___  No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?     Yes ___  No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __Bank of America - Cash Pay__
15 __(Only Direct Deposit S.S.I Goes Into The Acc__
16 Present balance(s): $ __$73.63__
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ __∅__  Utilities: __∅__
23 Food: $ __∅__  Clothing: __∅__
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 _____     $_____     $_____
27 _____     $_____     $_____
28 _____     $_____     $_____  9.  Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____ NONE _____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____ NONE _____
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15
16 | JUNE 1, 2008                    [signature]
17 |     DATE                         SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                         **IN**
10                              **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
14   at
15                                      [prisoner name]
16   _____ where (s)he is confined.
17          [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $_____ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $_____.
21
22   Dated:_____                    _____
23                                          [Authorized officer of the institution]
24
25
26
27
28