

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

**CV 08        2867**

Your action has been filed as a civil case number _____.

It appears that you have not attached ~~a~~ *THE ATTACHED SHEETS TO THE* complaint ~~or petition~~ to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

*SHEETS NOT ATTACHED SHEET TO THE*

(IFP Application / ~~letter~~ / exhibits / ~~motion~~ / ~~no~~ complaint ~~or petition~~)
(~~blank complaint form~~ / ~~petition attached~~)

Rev. 5/08

*JACKSON*