IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, PAROLE & COMMUNITY SERVICE DIVISION, PAROLE AGENT S. WOODEN, and PAROLE AGENT M. PEREZ,<br><br>        Defendants. | No. C 08-2867 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

On June 9, 2008, Plaintiff filed this *pro se* civil rights action. Plaintiff's complaint provides no factual allegations in the section requesting a statement of the claim and instead states "see attached sheets." However, no sheets are attached to the complaint filed by Plaintiff. The same day, this Court notified Plaintiff that he had not provided "the attached sheets" but specified that Plaintiff had thirty days in which to file a complaint. The Court notified Plaintiff that failure to amend by the designated time would result in a dismissal of the case.

Plaintiff also filed an application to proceed *in forma pauperis*. However, Plaintiff did not attach the required trust account statement or Certificate of Funds in Prisoner's Account signed by an authorized officer of the prison. On June 9, 2008, the Clerk notified Plaintiff that he had not paid the filing fee and that he must either pay the filing fee or file a complete application to proceed *in forma pauperis* within thirty days or the action would be dismissed. Since that time, Plaintiff has not filed any amendment, paid the filing fee or made any contact with the Court. Accordingly, this case is DISMISSED

1 without prejudice for failure to pay the filing fee and failure to prosecute.  *See Link v.*
2 *Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir.
3 1991).  The Clerk shall close the file and enter judgment in this matter.
4        IT IS SO ORDERED.
5 DATED: December 15, 2008

                                        _____
                                        JEFFREY S. WHITE
                                        United States District Judge

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

CLARENCE JACKSON JR,

        Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS et al,

        Defendant.

Case Number: CV08-02867 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Jackson
P16967
San Quentin State Prison
San Quentin, CA 94974

Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk